# United States District Court
## District of New Jersey

March 22, 2022

### LETTER-ORDER ORIGINAL FILED WITH THE CLERK OF COURT

Re: Innovative Sports Management, Inc. v. Alejandro Cabrera, et al
Civil No. 21-cv-20787

Dear Counsel,

Our records indicate that a proof of service has been filed in this civil action and that the time for defendants to answer has expired.  You are hereby directed to move this civil action, by requesting that a ***default and default judgment*** be entered or submitting an extension to answer out of time, within twenty (20) days from the date hereof.  **Should you fail to do so, this action shall be listed for dismissal on Tuesday, April 12, 2022**

**SO ORDERED**

s/Katharine S. Hayden
Hon. Katharine S. Hayden
**United States District Judge**